UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BALJIT SINGH,<br><br>              Plaintiff,<br><br>    v.<br><br>ALLRED, et al.,<br><br>              Defendants. | No. 2:23-cv-01624-DC-EFB (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br><br>(ECF No. 22) |

      Plaintiff, a state inmate proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

      On August 13, 2025, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days. No party has filed objections to the findings and recommendations.

      In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a de novo review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

////

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed August 13, 2025 (ECF No. 22) are adopted in full;

2. Plaintiff's claims of excessive force, violation of the Americans with Disabilities Act, and violation of due process against defendants Duclos, Martin, Townsend, Charon, T. Cooper, ADA Counselor Cooper, P. Covello, K. Allison, Hutchison, Alreano, and John Doe are dismissed without further leave to amend;

3. The case shall proceed on the claims found cognizable in the court's August 13, 2025 screening order (ECF No. 22), specifically:

   a. Plaintiff's claims against defendant Bradley for retaliation in violation of the First Amendment, and for deliberate indifference/failure-to-protect in violation of the Eighth Amendment;

   b. Plaintiff's claims against defendant Ullery for retaliation in violation of the First Amendment, and for deliberate indifference to serious medical needs in violation of the Eighth Amendment;

   c. Plaintiff's claim against defendant Smith for deliberate indifference to serious medical needs in violation of the Eighth Amendment; and

   d. Plaintiff's claim against defendant McCathy for failure-to-protect in violation of the Eighth Amendment.

4. This case is referred back to the magistrate judge for further proceedings.

IT IS SO ORDERED.

Dated: __September 8, 2025__

Dena Coggins
United States District Judge