UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BALJIT SINGH,

    Plaintiff,

v.

BRADLEY, et al.,

    Defendants.

No. 2:23-cv-01624-DC-EFB (PC)

<u>ORDER</u>

Plaintiff proceeds without counsel in this civil rights action seeking relief under 42 U.S.C. § 1983. The court has screened plaintiff's first amended complaint (ECF No. 15) and found cognizable claims therein. ECF Nos. 22, 23.

Accordingly, it is hereby ORDERED that defendants shall file an answer or motion in response to the first amended complaint within 21 days of the date of this order.

Dated: September 15, 2025

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

1