IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **BALJIT SINGH,** Plaintiff, **v.** **BRADLEY, et al.,** Defendants. | Case No. 2:23-cv-01624 DC EFB **~~[PROPOSED]~~ ORDER** |

Defendants filed a motion to modify the scheduling order to extend the deadline to file a dispositive motion (ECF No. 33). This Court finds that good cause exists to extend the deadline. Defendants' motion is **GRANTED**. Defendants' dispositive motion is due on or before November 8, 2026.

Dated: October 20, 2026

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE